UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEANGELO NEWBON,

    Plaintiff,

v.                                                 Case No. 09-C-548

TODD NEHLS, et al.,

    Defendants.

**ORDER**

Plaintiff Newbon, who is proceeding pro se in this action under 42 U.S.C. § 1983, filed an amended complaint on January 11, 2010. (Doc. # 46.) The problem with the amended complaint Newbon filed is that it is unsigned. Because Fed. R. Civ. P. 11(a) requires that parties appearing pro se sign every pleading, the Court must strike the pleading unless the error is promptly corrected after being called to the plaintiff's attention. Accordingly, if plaintiff wishes to file an amended complaint, he must file a signed amended complaint on or before February 5, 2010. Plaintiff's failure to do so will result in his amended complaint being stricken from the record.

**SO ORDERED** this   20th   day of January, 2010.

                                              s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge